| AO 10<br>Rev. 1/2010 | **FINANCIAL DISCLOSURE REPORT**<br>**FOR CALENDAR YEAR 2009** | *Report Required by the Ethics*<br>*in Government Act of 1978*<br>*(5 U.S.C. app. §§ 101-111)* |

| 1. Person Reporting (last name, first, middle initial)<br><br>Tacha, Deanell R. | 2. Court or Organization<br>United States Court of Appeals<br>Tenth Circuit | 3. Date of Report<br><br>May 12, 2010 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>Circuit Judge (Active) | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,   Date<br>☐ Initial   ☒ Annual   ☐ Final<br>5b. ☐ Amended Report | 6. Reporting Period<br><br>to<br><br>01/01/09 12/31/09 |
| 7. Chambers or Office Address<br><br>643 Massachusetts St., Suite 301<br>Lawrence, KS 66044-2292 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

> ***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. See Attachment #1 | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

2010 MAY 20 A 9: 54<br>FINANCIAL DISCLOSURE OFFICE<br>RECEIVED

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☒ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

Tacha, Deanell R.

| Name of Person Reporting | Date of Report |
|---|---|
| Tacha, Deanell R. | May 12, 2010 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. See Attachment #2 | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. See Attachment #2 | |
| 2 | |
| 3 | |
| 4 | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. See Attachment #3 | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5 | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tacha, Deanell R. | May 12, 2010 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[x] NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2 | | |
| 3. | | |
| 4. | | |
| 5 | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[ ] NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. See Attachment #4 | | |
| 2. | | |
| 3 | | |
| 4. | | |
| 5 | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tacha, Deanell R. | May 12, 2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. See Attachment #5 | | | | | | | | | |
| 2. | | | | | | | | | |
| 3. | | | | | | | | | |
| 4. | | | | | | | | | |
| 5. | | | | | | | | | |
| 6. | | | | | | | | | |
| 7. | | | | | | | | | |
| 8. | | | | | | | | | |
| 9 | | | | | | | | | |
| 10. | | | | | | | | | |
| 11. | | | | | | | | | |
| 12 | | | | | | | | | |
| 13 | | | | | | | | | |
| 14. | | | | | | | | | |
| 15 | | | | | | | | | |
| 16. | | | | | | | | | |
| 17. | | | | | | | | | |

| 1 Income Gain Codes. (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tacha, Deanell R. | May 12, 2010 |

**VIII. ADDITIONAL INFORMATION OR EXPLANATIONS.** *(Indicate part of Report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| Tacha, Deanell R. | May 12, 2010 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544

**ATTACHMENT 1**

**FINANCIAL DISCLOSURE REPORT** (Cont'd)    Tacha, Deanell R.    May 12, 2010

## I. POSITIONS.

| Position | Name of Organization/Entity |
|---|---|
| Board of Trustees Through April 2009 | Saint Paul School of Theology |
| Board of Directors | Kansas Health Foundation |
| Adjunct Faculty | Duke University School of Law |
| Board of Trustees | Kansas University Endowment Association |
| Stockholder & Manager | Reece Family Liability Corporation |
| Stockholder | Reece Family Agricultural Liability Corp. |
| Chair | Lawrence/Douglas County Heritage Area Committee |

**FINANCIAL DISCLOSURE REPORT** (Cont'd)     Tacha, Deanell R.     May 12, 2010

## III. NON-INVESTMENT INCOME.

| Date | Source and Type | Gross Income |
|---|---|---|
| A. Filer's Non-Investment Income. | | |
| 11/23-11/24/09 | Duke University School of Law, teaching fee | $4,500.00 |
| B. Spouse's Non-Investment Income. | | |
| 2009 | Bureau of Lectures and Concert Artists | Salary |

**FINANCIAL DISCLOSURE REPORT** (Cont'd)     Tacha, Deanell R.    May 12, 2010

## IV. REIMBURSEMENTS AND GIFTS.

| Source | Description |
|---|---|
| American Bankruptcy Institute<br>Rocky Mountain Conference<br>Denver, CO<br>January 21-22, 2009 | Ground transportation and meals |
| Lewis & Clark Law School<br>Women in the Law Program<br>Portland, OR<br>April 15-16, 2009 | Air fare, ground transportation<br>and meals |
| Utah State Bar<br>Mentor Training Session<br>Salt Lake City, UT<br>April 29-30, 2009 | Air fare, ground transportation<br>and meals |
| Federal Judges Association<br>Board Meeting<br>Washington, D.C.<br>May 2-4, 2009 | Air fare, ground transportation<br>and meals |
| Colorado Women's Bar Assoc.<br>Annual Convention<br>Vail, CO<br>May 15-17, 2009 | Air fare, ground transportation<br>and meals |
| Federalist Society<br>University of Chicago<br>Law School<br>Chicago, IL<br>October 25-26, 2009 | Air fare, lodging, ground transportation<br>and meals |

# ATTACHMENT 4

**FINANCIAL DISCLOSURE REPORT** (Cont'd)     Tacha, Deanell R.     May 12, 2010

## VI. LIABILITIES

| Creditor | Description | Value Code* |
|---|---|---|
| Lawrence Bank | Business Loan | L |
| Sallie Mae | Student Loans | M |
| Lawrence Bank | Real Estate Loan | M |
| Sunset Mortgage | Real Estate Loan | M |
| Lawrence Bank | Line of Credit | L |
| Emprise Bank | Line of Credit | P3 |

| *Value Codes: J=$15,000 or less | K=$15,001-$50,000 | L=$50,001-$100,000 | M=$100,001-$250,000 |
|---|---|---|---|
| N=$250,001-$500,000 | O=$500,001-$1,000,000 | P1=$1.000,001-$5.000.000 | P2=$5,000.001-$25,000,000 |
| P3=$25.000,001-$50,000.000 | P4=$50,000,001 or more | | |

# ATTACHMENT 5

FINANCIAL DISCLOSURE REPORT (Cont'd)      Tacha, Deanell R.      May 12, 2010

## VII. INVESTMENTS and TRUSTS – income, value, transactions

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amt. Code I (A-H) | (2) Type (e.g., div., rent or int.) | C. Gross value at end of reporting period (1) Value Code2 (J-P) | (2) Value Method Code3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, merger, redemption) | If (2) Date: Month-Day | not (3) Value Code2 (J-P) | exempt (4) Gain Code I (A-H) | from disclosure (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | |
| 1    Putnam Vista Funds - IRA | B | Div. | L | T | | | | | |
| 2    Putnam Voyager Funds - IRA | B | Div. | L | T | | | | | |
| 3    TIAA Retirement Fund | D | Div. | K | W | | | | | |
| 4    Trust – Value and assets unknown to me--no income, beneficiary upon death | | | | | | | | | |
| 5    Putnam Global Growth IRA Fund | B | Div. | K | T | | | | | |
| 6    Putnam Global Growth IRA Funds | B | Div. | K | T | | | | | |
| 7    Bureau of Lectures & Concert Artists (sole stockholder) | A-except salary | Int. | M | U | | | | | |
| 8    Reece Family, L.C. | | None | M | U | | | | | |
| 9    Real Estate-Dec. Co | B | Rent | K | W | | | | | |
| 10   Reece Family Agriculture, L.C. | | None | K | U | | | | | |
| | | | | | | | | | |
| 12   MSDW International Value Equity Fund IRA | | None | | | Sold | 05/29/09 | K | | Morgan Stanley |
| 13   MSIF Mid Cap Growth IRA | | None | | | Sold | 05/27/09 | J | | Morgan Stanley |
| 14   MSIF US Small Cap VLU IRA | | None | K | T | Sold Sold Sold | 6/03/09 7/05/09 7/17/09 | J J J | | Morgan Stanley |

FINANCIAL DISCLOSURE REPORT (Cont'd)     Tacha, Deanell R.     May 12, 2010

## VII.  INVESTMENTS and TRUSTS – income, value, transactions

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code1 (A-H) | (2) Type (e.g., div., rent or int.) | (1) Value Code2 (J-P) | (2) Value Method Code3 (Q-W) | (1) Type (e.g., buy, sell, merger, redemption) | If (2) Date: Month-Day | not (3) Value Code2 (J-P) | exempt (4) Gain Code1 (A-H) | from disclosure (5) Identity of buyer/seller (if private transaction) |
| 15  MSDW Equally Weighted S&P 500 IRA | | None | | | Sold | 5/27/09 | J | | Morgan Stanley |
| 16  MSDW S&P 500 Index IRA (merged with above-MSDW Equally Weighted S&P) | | | | | | | | | |
| 17  MSDW Mid Cap Value IRA (merged with MS Intern'l Value) | | None | | | Sold | 5/27/09 | K | | Morgan Stanley |
| 18  Van Kampen Comstock IRA | A | Div. | | | Sold Buy | 5/27/09 6/11/09 | K J | | Morgan Stanley |
| 19  MSIF (US) Core Fixed Inc IRA | A | Div. | | | Sold Buy Sold Sold | 1/16/09 4/02/09 4/17/09 5/27/09 | J J J J | | Morgan Stanley  Morgan Stanley Morgan Stanley |
| 20  MSIF Active Intern'l Alloc. IRA | | | | | Sold | 5/27/09 | K | | Morgan Stanley |
| 21  MSIF US Real Estate Portfolio IRA | A | Div. | J | T | Buy Buy Sold Buy Buy | 4/02/09 6/03/09 7/02/09 7/06/09 10/02/09 | J J J J J | | Morgan Stanley |
| 22  MS Focus Growth Fund | | None | | | Sold | 5/27/09 | K | | Morgan Stanley |
| 23  Blackrock US Opportunites | | None | J | T | Buy Buy Sold | 5/27/09 6/o3/09 7/06/09 | J J J | | Morgan Stanley |
| 24  Henderson International | A | Div. | K | T | Buy Buy Sold Buy | 5/27/09 6/03/09 7/06/09 12/29/09 | K J J J | | Morgan Stanley |

FINANCIAL DISCLOSURE REPORT (Cont'd)     Tacha, Deanell R.     May 12, 2010

## VII.  INVESTMENTS and TRUSTS – income, value, transactions

| A.<br>Description of Assets<br>(including trust assets)<br><br>*Place "(X)" after each asset<br>exempt from prior disclosure* | B.<br>Income during<br>reporting period | | C.<br>Gross value<br>at end of<br>reporting period | | | | D.<br>Transactions during reporting period | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amt.<br>Code 1<br>(A-H) | (2)<br>Type<br>(e.g.,<br>div.,<br>rent or<br>int.) | (1)<br>Value<br>Code2<br>(J-P) | (2)<br>Value<br>Method<br>Code3<br>(Q-W) | (1)<br>Type<br>(e.g.,<br>buy, sell,<br>merger,<br>redemption) | If<br>(2)<br>Date: Month-<br>Day | not<br>(3)<br>Value<br>Code2<br>(J-P) | exempt<br>(4)<br>Gain<br>Code 1<br>(A-H) | from disclosure<br>(5)<br>Identity of<br>buyer/seller<br>(if private transaction) |
| 25   Pimco Total Return | A | Div. | J | T | Buy<br>Part.Sale<br>Buy<br>Part.Sale<br>Buy<br>Buy<br>Buy<br>Buy<br>Buy<br>Buy<br>Buy | 5/27/09<br>6/03/09<br>6/30/09<br>7/06/09<br>7/31/09<br>8/31/09<br>9/30/09<br>10/30/09<br>11/30/09<br>12/09/09<br>12/31/09 | J<br>J<br>J<br>J<br>J<br>J<br>J<br>J<br>J<br>J<br>J | | <br>Morgan Stanley<br><br>Morgan Stanley |
| 26   Nuveen Tradewinds Value<br>        Opportunity A | | None | K | T | Buy<br>Buy<br>Part.Sale<br>Buy | 5/27/09<br>6/03/09<br>7/06/09<br>10/16/09 | K<br>J<br>J<br>J | | <br><br>Morgan Stanley |
| 27   Thornburg Intern'l Value A | A | Div. | K | T | Buy<br>Part.Sale<br>Buy<br>Part.Sale<br>Buy | 5/27/09<br>6/03/09<br>6/26/09<br>7/06/09<br>9/25/09 | K<br>J<br>J<br>J<br>J | | <br>Morgan Stanley<br><br>Morgan Stanley |
| 28   Columbia Marsico Growth A | A | Div. | K | T | Buy<br>Buy<br>Buy<br>Sold<br>Sold<br>Buy | 6/27/09<br>6/03/09<br>6/17/09<br>7/06/09<br>7/17/09<br>12/10/09 | K<br>J<br>J<br>J<br>J<br>J | | <br><br><br>Morgan Stanley<br>Morgan Stanley |
| 29   E V Large Cap Value A | A | Div. | K | T | Buy<br>Sold<br>Buy<br>Sold<br>Sold<br>Buy<br>Buy | 5/27/09<br>6/03/09<br>6/09/09<br>7/06/09<br>7/17/09<br>9/09/09<br>12/30/09 | K<br>J<br>J<br>J<br>J<br>J<br>J | | <br>Morgan Stanley<br><br>Morgan Stanley<br>Morgan Stanley |

# ATTACHMENT 5

**FINANCIAL DISCLOSURE REPORT** (Cont'd)     Tacha, Deanell R.     May 12, 2010

## VII.  INVESTMENTS and TRUSTS – income, value, transactions

| A.<br>Description of Assets<br>(including trust assets)<br><br>*Place "(X)" after each asset<br>exempt from prior disclosure* | B.<br>Income during<br>reporting period | | | C.<br>Gross value<br>at end of<br>reporting period | | | D.<br>Transactions during reporting period | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amt. Code1<br>(A-H) | (2)<br>Type<br>(e.g.,<br>div.,<br>rent or<br>int.) | (1)<br>Value<br>Code2<br>(J-P) | (2)<br>Value<br>Method<br>Code3<br>(Q-W) | (1)<br>Type<br>(e.g.,<br>buy, sell,<br>merger,<br>redemption) | If<br>(2)<br>Date: Month-<br>Day | not (3)<br>Value<br>Code2<br>(J-P) | exempt (4)<br>Gain<br>Code1<br>(A-H) | from disclosure (5)<br>Identity of<br>buyer/seller<br>(if private transaction) |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |

| 1 | Income/Gain Codes:<br>(See Col. B1, D4) | A-$1,000 or less<br>F=$50,001-$100,000 | B-$1,001-$2,500<br>G- $100,001-$1,000,000 | C=$2,501-$5,000<br>H1=$1,000,001-$5,000,000 | D-$5,001-$15,000<br>H2=More than $5,000,000 | E-$15,001-$50,000 |
|---|---|---|---|---|---|---|
| 2 | Value Codes:<br>(See Col. C1, D3) | J=$15,000 or less<br>N=$250,001-$500,000<br>P3=$25,000,001-$50,000,000 | K=$15,001-$50,000<br>O=$500,001-$1,000,00 | L-$50,001-$100,000<br>P1=$1,000,001-$5,000,000<br>P4=More than $50,000,000 | M-$100,001-$250,000<br>P2-$5,000,001-$25,000,000 | |
| 3 | Value Method Codes:<br>(See Col. C2) | Q=Appraisal<br>U=Book value | R=Cost (real estate only)<br>V-Other | S=Assessment<br>W=Estimated | T-Cash/Market | |